IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ANTONIO RODAS, JR.,<br><br>Defendant. | CR 23-138-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 36). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on May 13, 2024. (Doc. 32).

1

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1).

4. The United States agrees that Donovan Bolden is the lawful owner of the Smith & Wesson, model M&P 380 Shield EZ, .380 caliber, semi-automatic pistol (serial number RJW8361) and Bobby Horne, Jr. is the lawful owner of the Sig Sauer, model P365, 9mm caliber semi-automatic pistol (serial number 66A310762). Those firearms should be returned to their owners.

5. No other claims for the property were filed.

6. There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 36) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Smith & Wesson, model M&P 380 Shield EZ, .380 caliber, semi-automatic pistol (serial number RJW8361) with magazine;
- Sig Sauer, model P365, 9mm caliber semi-automatic pistol (serial number 66A310762);
- Seven rounds of .380 caliber ammunition;
- Six rounds of Winchester-Western 9mm caliber ammunition;

- Eighteen rounds of assorted caliber ammunition; and
- Glock 17-round 9mm caliber magazine.

3. The United States is directed to return the Smith & Wesson, model M&P 380 Shield EZ, .380 caliber, semi-automatic pistol (serial number RJW8361) to Donovan Bolden and the Sig Sauer, Model P365, 9mm caliber semi-automatic pistol (serial number 66A310762) to Bobby Horne, Jr. at the conclusion of this case and any appeal.

DATED this 7th day of August, 2024.

SUSAN P. WATTERS
United States District Court Judge